SWEET, Respondent. v. GILDEA, Appellant. Supreme Court, Appellate Division, Second Department. March 22, 1906.) Action by John L. Sweet against Dennis H. Gildea.· No opinion. Judgment and order unanimously affirmed, with costs.

THOMAS R. LEVIS & CO., Respondent, v. EHRENBERG, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 10, 1906.) Action by Thomas R. Levis & Co. against Louis Ehrenberg. No opinion. Order affirmed, with $10 costs and disbursements.

TILLY, Respondent, v. VON ARNIM, Appellant. (Supreme Court, Appellate Division, Second Department. March 2. 1906.) Action by Alfred Tilly against Otto F. Von Arnim. No opinion. Judgment and order affirmed, with costs.

TINGLEY, v. LONG ISLAND R. CO., Defendant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Addie R. Tingley, as administratrix, etc., against the Long Island Railroad Company. No opinion. Motion for reargument denied. See 96 N. Y. Supp. 865.

In re TISDALE. (Supreme Court, Appellate Division, Third Department. March 13, 1906.) In the matter of the accounting of Wayland D. Tisdale, as executor of the last will and testament of James A. Tisdale, deceased. No opinion. Motion denied.

In re TODD'S Estate. (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) In the matter of the estate of George W. Todd, deceased. No opinion. Appeal dismissed, with costs, together with $10 costs of the motion.

TOOKER, Respondent, v. EPPINGER & RUSSELL CO., Appellant. (Supreme Court, Appellate Division. Second Department. March 2, 1906.) Action by Charles L. Tooker against the Eppinger & Russell Company. No opinion. Judgment modified, by inserting a provision dismissing the complaint as to first cause of action, and, as modified, affirmed, without costs.

TOWNSEND, Respondent, v. FIELDSTEIN, Appellant. (Supreme Court. Appellate Division, Second Department. March 2, 1906.) Action by Eva Townsend against Michael Fieldstein. No opinion. Motion to dismiss appeal granted, with $10 costs.

TUSCARORA LAND & IMPROVEMENT CO. v. MENTZ. (Supreme Court, Appellate Division, Fourth Department. March 28, 1906.) Action by the Tuscarora Land & Improvement Company against Polly J. Mentz. No opinion. Order continuing injunction, entered January 10, 1906, affirmed, with $10 costs and disbursements. Order requiring plaintiff to give a new undertaking, entered January 24, 1906, affirmed, with $10 costs and disbursements.

TYRRELL, Appellant, v. FORSYTHE, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Frederick Tyrrell against Emma Forsythe (formerly Emma Thompson), impleaded with another. No opinion. Judgment affirmed, with costs.

UNITED STATES CONDENSED MILK CO. v. SMITH et al., Respondents, (Supreme Court, Appellate Division, Fourth Department. January 10, 1906.) Action by the United States Condensed Milk Company against Max Smith and Jacob Smith.

PER CURIAM. Order modified, so as to provide that the place of trial shall be changed from Oneida county to Ulster county, and, as so modified, affirmed, without costs of this appeal to either party.

McLENNAN, P. J., votes for reversal and denial of motion. HISCOCK, ·J., not sitting.

VALENTINE, Respondent, v. STEVENS, Appellant. (Supreme Court. Appellate Division, Second Department. March 2, 1906.) Action by Benjamine E. Valentine against C. Amory Stevens. No opinion. Motion denied.

VAN COTT, Respondent, v. HAYES, Fire Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Platt Van Cott against Nicholas J. Hayes, as fire commissioner, etc. No opinion. Judgment affirmed, with costs.

VANDEVOORT, Respondent, v. MINK, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1906.) Action by Gilbert M. Vandevoort, as, etc., against Lincoln A. Mink. No opinion. Motion to dismiss appeal denied, with $10 costs.

VILLAGE OF CARTHAGE v. CENTRAL NEW YORK TELEPHONE & TELEGRAPH CO. (Supreme Court. Appellate Division, Fourth Department. March 14, 1906.) Action by the village of Carthage against the Central New York Telephone & Telegraph Company. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question certified to that court for review.

WALKER v. NEWTON . FALLS PAPER CO. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Action by